IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| _____ | ) |
| | ) |
| CENTER FOR TAXPAYER RIGHTS et al., | ) |
| | ) |
| | ) |
| Plaintiffs-Appellees, | ) No. 26-5006 |
| v. | ) |
| | ) |
| INTERNAL REVENUE SERVICE et al. | ) |
| | ) |
| | ) |
| Defendants-Appellants. | ) |
| _____ | ) |

**NOTICE OF THE INTENTION OF 115 MEMBERS OF CONGRESS TO PARTICIATE AS *AMICI CURIAE* IN SUPPORT OF APPPELLEES AND WRITTEN REPRESENTATION OF THE CONSENT OF ALL PARTIES**

Pursuant to Circuit Rule 29(b), undersigned counsel provides notice of the intent of 115 Members of Congress to participate as *amici curiae* and states that he contacted counsel for the parties and that all parties consent.

Dated: March 26, 2026

By:  /s/ Andrew Weiner_____
ANDREW WEINER
Kostelanetz LLP
601 New Jersey Ave, NW
Suite 260
Washington, D.C. 20001
Tel: (202) 790-6999
Fax: (212) 808-8108
aweiner@kostelanetz.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of March 2026 the notice was electronically filed with the Clerk of the Court using the Court's CM/ECF system and was served on the parties by CM/ECF.

/s/ Andrew Weiner  
ANDREW WEINER