# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5006**  **September Term, 2025**

**1:25-cv-00457-CKK**

**Filed On: May 12, 2026** [2172984]

Center for Taxpayer Rights, et al.,

      Appellees

    v.

Internal Revenue Service, et al.,

      Appellants

**BEFORE:**    Circuit Judges Millett, Pillard, and Wilkins

### <u>COURTROOM MINUTES OF ORAL ARGUMENT</u>

PROCLAMATION BEING MADE, the Court opened on Tuesday, May 12, 2026 at 9:33 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

    Jacob Christensen (DOJ), counsel for Appellants.

    Madeline H. Gitomer, counsel for Appellees.

                 **FOR THE COURT:**
                 Clifton B. Cislak, Clerk

      BY:    /s/
               Jaime T. Stratton
               Deputy Clerk