# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 26-5006** **September Term, 2026**

FILED ON: SEPTEMBER 8, 2026

CENTER FOR TAXPAYER RIGHTS, ET AL.,
APPELLEES

v.

INTERNAL REVENUE SERVICE, ET AL.,
APPELLANTS

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:25-cv-00457)

---

Before: MILLETT, PILLARD and WILKINS, *Circuit Judges*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's order of November 1, 2025, staying the Data-Exchange Procedure under section 705 and preliminarily enjoining further disclosures without notice to the court be affirmed, in accordance with the opinion of the court filed herein this date. It is

**FURTHER ORDERED** that the motion for limited remand be dismissed as moot.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: September 8, 2026

Opinion for the court filed by Circuit Judge Pillard.