# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> INTERNAL REVENUE SERVICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-457-CKK |

## CORRECTED NOTICE OF APPEAL BY DEFENDANTS

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the D.C. Circuit from this Court's Order dated November 21, 2025 (ECF No. 53).

Dated: January 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*J. Stephen Tagert*
J. Stephen Tagert
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, DC 20005
Tel: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*