# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5006**                                **September Term, 2025**

1:25-cv-00457-CKK

**Filed On:** January 16, 2026

Center for Taxpayer Rights, et al.,

        Appellees

    v.

Internal Revenue Service, et al.,

        Appellants

        **BEFORE:**    Millett, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite, it is

**ORDERED** that this appeal be expedited and the following briefing schedule apply:

| | |
|---|---|
| Appellants' Brief | February 17, 2026 |
| Appendix | February 17, 2026 |
| Appellees' Brief | March 19, 2026 |
| Reply Brief | April 9, 2026 |

The Clerk is directed to calendar this case for argument in May 2026. The parties will be informed later of the date of oral argument and the composition of the merits panel.

Appellants should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

                                           **FOR THE COURT:**
                                           Clifton B. Cislak, Clerk

                           BY:     /s/
                                             Michael C. McGrail
                                             Deputy Clerk