**IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| **Center for Taxpayer Rights,** *et al.,* | ) | |
| | ) | |
| *Appellees* | ) | |
| | ) | |
| **v.** | ) | **Case No. 26-5006** |
| | ) | |
| **Internal Revenue Service,** *et al.,* | ) | **September Term, 2025** |
| | ) | **1:25-cv-00457-CKK** |
| *Appellants* | ) | |
| | ) | |

**REPRESENTATION THAT ALL PARTIES CONSENT
TO AMICUS PARTICIPATION**

Pursuant to D.C. Circuit Rule 29(b), Lawyers Defending American Democracy ("LDAD"), hereby notifies the Court that all parties to the above-captioned appeal consent to LDAD's participation in this case as amicus curiae in support of the Appellees.

**Rule 26.1 Disclosure Statement**

LDAD is a non-partisan, tax-exempt 501(c)(3) corporation. LDAD is not owned by any parent corporation, and no publicly held company has 10% or more ownership in LDAD. LDAD is devoted to: encouraging the legal profession to enforce and uphold principles of democracy and law, consistent with our obligations as lawyers; demanding accountability from lawyers and public officials; and identifying attacks on legal norms and prescribing redress for them.

**Consent to Amicus Participation**

LDAD has consulted with counsel for all parties in the above-captioned appeal and represents that they consent to LDAD's participation as amicus in support of the Appellees.

Respectfully submitted,

_____/s/ Jeffrey S. Gutman_____
Jeffrey S. Gutman, PLLC  #49968

1712 Hobart St., N.W
Washington, D.C. 20009
jsgutmandc@gmail.com

***Counsel for Amicus***

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, I electronically filed this notice with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's CM/ECF system.

___*Jeffrey S. Gutman*_____
Jeffrey S. Gutman, Esq.