# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

CENTER FOR TAXPAYER
RIGHTS, et al.,

      Plaintiffs-Appellees,

v.

INTERNAL REVENUE
SERVICE, et al.,

      Defendants-Appellants.

Case No. 26-5006

## NOTICE OF INDICATIVE RULING

Pursuant to Federal Rule of Appellate Procedure 12.1(a),

Plaintiffs-Appellees Center for Taxpayer Rights et al. provide this

notice of an indicative ruling issued by the district court. The

background regarding this indicative ruling is set forth in Plaintiffs'

pending motion to stay proceedings in this Court.

The district court has indicated that, if this case were remanded

for a limited purpose, the court "would allow the parties to supplement

the record to include the Declaration of Dottie Romo, Dkt. No. 66-1."

Minute Order (Feb. 13, 2026). The court deferred a decision on the

remainder of Plaintiffs' motion for an indicative ruling—regarding whether to permit discovery and further supplement the record—with Defendants' opposition due by 5:00 p.m. today. *See id.* Plaintiffs will provide additional notice under Rule 12.1(a) if the district court indicates that it would grant further relief.

Because the district court has now stated that it would grant Plaintiffs' motion at least in part, this Court may take an appropriate action under Rule 12.1(b).

Date: February 17, 2026

Respectfully submitted,

*/s/ Simon C. Brewer*
Simon C. Brewer
Daniel A. McGrath
Madeline H. Gitomer
Steven Y. Bressler
Robin F. Thurston

Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
sbrewer@democracyforward.org

*Counsel for Plaintiffs-Appellees*