# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-5006**                                    **September Term, 2025**

**1:25-cv-00457-CKK**

**Filed On:** April 1, 2026

Center for Taxpayer Rights, et al.,

       Appellees

    v.

Internal Revenue Service, et al.,

       Appellants


**BEFORE:**    Wilkins, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion to hold the appeal in abeyance, the opposition thereto, and the reply; the notice of indicative ruling; and the motion for remand, the opposition thereto, and the reply, it is

**ORDERED** that the motion to hold the appeal in abeyance be dismissed as moot in light of the district court's ruling on February 26, 2026.  It is

**FURTHER ORDERED** that the motion for remand be referred to the merits panel to which this appeal is assigned.

### Per Curiam


                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

           BY:    /s/
                     Selena R. Gancasz
                     Deputy Clerk