IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR TAXPAYER RIGHTS, et al.,<br>Plaintiffs-Appellees,<br>v.<br>INTERNAL REVENUE SERVICE, et al.,<br>Defendants-Appellants, | No. 26-5006 |

**MOTION FOR A 21-DAY EXTENSION OF TIME TO FILE PETITION FOR REHEARING**

Appellants respectfully request a 21-day extension of time, from October 23 until November 13, 2026, to file any petition for panel rehearing, for rehearing en banc, or both. This is the government's first request for an extension for this purpose. Counsel for appellees have represented that appellees take no position on this motion. As good cause for granting this motion, counsel for the government states as follows:

1. The panel issued its opinion on September 8, 2026. The current deadline for any petition for rehearing is October 23, 2026. *See* Fed. R. App. P. 40.

2. The Solicitor General is responsible for determining whether, and to what extent, the federal government will seek rehearing en banc in the courts of appeals, in consultation with each agency and official concerned. 28 C.F.R. § 0.20(b).

3. After the panel issued its opinion, counsel for the government requested the views of the various government agencies and officials concerned to help inform the Solicitor General's decision whether and to what extent to seek rehearing.

4. In addition to my responsibilities as government counsel in this case, I was assigned to present oral argument for the government on October 7, 2026, in *Community Econ. Dev. Ctr. of Southeastern Massachusetts v. Bessent*, No. 26-1329 (1st Cir.), and to review and approve the government's briefs in *Jackson Stone South, LLC v. Commissioner*, No. 26-1363 (4th Cir.) (brief filed Sep. 10, 2026); *Seed v. United States*, No. 26-2019 (Fed. Cir.) (brief due Oct. 19, 2026); and *Manente v. United States*, No. 26-2275 (3d Cir.) (brief due Oct. 22, 2026). This and other work that could not be reassigned has delayed deliberations whether to seek rehearing in this case.

5. Therefore, the additional time requested by this motion is necessary for the Solicitor General to determine, in consultation with the federal agencies and officials impacted by the panel's decision, whether and to what extent to seek rehearing and, if rehearing is authorized, for government counsel to complete the preparation of and file the petition with the Court.

WHEREFORE, appellants respectfully request that the Court grant this motion for a 21-day extension, until November 13, 2026, to file any petition for panel rehearing, for rehearing en banc, or both.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC D. MCARTHUR
*Deputy Assistant Attorney General*

AUGUST FLENTJE
JACOB CHRISTENSEN
*s/ Jacob Christensen*
(202) 307-0878
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW*
*Room 4625*
*Washington, DC 20530*

OCTOBER 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume requirements set out in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 369 words. This motion was prepared using Microsoft Word in Century Schoolbook, 14-point font, a proportionally spaced typeface.

*s/ Jacob Christensen*
Jacob Christensen

## CERTIFICATE OF PARTIES AND DISCLOSURE STATEMENT

Pursuant to D.C. Circuit Rule 27(a)(4), the undersigned counsel states as follows:

### A. Parties and Amici

Plaintiffs-Appellees. Plaintiffs in the district court and appellees in this appeal are Center for Taxpayer Rights; Main Street Alliance; National Federation of Federal Employees, IAM AFL-CIO; and Communications Workers of America, AFL-CIO.

Defendants-Appellants. Defendants in the district court and appellants in this appeal are the Internal Revenue Service; Scott Bessent, in his official capacity as Acting Commissioner, Internal Revenue Service; U.S. Department of the Treasury; Scott Bessent, in his official capacity as Secretary of the Treasury; U.S. Digital Service; U.S. DOGE Service Temporary Organization; Amy Gleason, in her official capacity as Acting Administrator of the U.S. DOGE Service and U.S. DOGE Service Temporary Organization; Elon Musk, in his official capacity as the leader of DOGE; Steve Davis, in his official capacity as Chief Operating Officer of DOGE; U.S. Department of the Treasury DOGE Team; U.S. Office of Personnel Management; Charles Ezell, in

his official capacity as Acting Director of the Office of Personnel Management; General Services Administration; Stephen Ehikian, in his official capacity as Acting Administrator of the General Services Administration.

Additional defendants in the district court, who were replaced by substitution under Federal Rule of Civil Procedure 25(d), were Douglas O'Donnell, in his official capacity as Acting Commissioner, Internal Revenue Service; and Michael Faulkender, in his official capacity as Acting Commissioner, Internal Revenue Service.

Amici. Appearing as amici in the district court were Members of the Congressional Hispanic Caucus Leadership: Representative Adriano Espaillat of New York, Representative Joaquin Castro of Texas, Representative Gil Cisneros of California, Representative Sylvia Garcia of Texas, Representative Rob Menendez of New Jersey, Representative Andrea Salinas of Oregon, and Representative Norma Torres of California.

Appearing as amici in this appeal are Federation for American Immigration Reform; Lawyers Defending American Democracy; and 115 Members of Congress.

Intervenors. No intervenor has appeared in the district court or in this appeal.

**B. Disclosure Statement**

A disclosure statement is not required because the movants are governmental parties in a noncriminal case. *See* Fed. R. App. P. 26.1; D.C. Cir. R. 26.1.

*/s/ Jacob Christensen*
Jacob Christensen