# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5006** **September Term, 2026**

**1:25-cv-00457-CKK**

**Filed On:** October 21, 2026

Center for Taxpayer Rights, et al.,

Appellees

v.

Internal Revenue Service, et al.,

Appellants

**BEFORE:** Millett, Pillard, and Wilkins, Circuit Judges

**O R D E R**

Upon consideration of appellants' motion for a 21-day extension of time to file a petition for rehearing and/or rehearing en banc, it is

**ORDERED** that the motion be granted. Any petition for rehearing is now due no later than November 13, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk