# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5006** **September Term, 2026**

**1:25-cv-00457-CKK**

**Filed On: November 20, 2026** **[2204460]**

Center for Taxpayer Rights, et al.,

Appellees

v.

Internal Revenue Service, et al.,

Appellants

**M A N D A T E**

In accordance with the judgment of September 8, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed September 8, 2026